UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                              CASE NO. 19-20014-EPK
TERICER VERNESSER SMITH                                          CHAPTER 13
SSN: XXX-XX-1236
            Debtor (s)
_____/

## OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

Debtor, Tericer Vernesser Smith by and through undersigned counsel, and files this Objection to Notice of Mortgage Payment Change, and in support thereof would state as follows:

1. Lakeview Loan Servicing LLC./Cenlar ("Creditor"), filed a Notice of Mortgage Payment Change (Doc. to Claim 13 ) on March 6th, 2020, in the amount of $ 721.89 , including a surcharge for an "escrow shortage".

2. According to the Escrow Account Disclosure Statement attached to this Notice, the surcharge results from the cost of an erroneous calculation of projected insurance cost due to lender in the amount of $2867.00.

3. The Debtor has acquired a lower cost hazard insurance, which has been provided to Creditor by their carrier. The insurance is $ 2102.00 (see attached). On April 7th, 2020 the servicer, Cenlar sent a letter to the Debtor acknowledging the receipt of the new insurance Declarations Page and the adjustment to the escrow account.

4. As of the date of filing this objection the Lender/Servicer has not yet filed a new Notice of Payment Change.

5. After deduction of the erroneous calculation, there should not be an "escrow shortage" or the the amount should be significantly reduced by approximately $765.00.

6. The Debtor objects to the delay in payment reduction as policy is effective 5/1/2020 through 5/1/221 and prior escrow payment was based off an erroneous figure.

WHEREFORE, Debtors request this Honorable Court for its Order sustaining this objection, disallowing the Notice of Mortgage Payment Change and granting such other relief that may be deemed just and proper in the circumstances.

/s/ Yoli A. Suarez
Yoli A Suarez, Esq.
FBN 88847

Bankruptcy Legal Services
Attorney for Debtor
225 Alcazar Avenue
Coral Gables, FL 33134
Direct: 786-332-7076
Fax: 786-752-3291
Primary: yolisuarez.esq@gmail.com